IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID LEE DANIELS                             PLAINTIFF

v.         Civil No. 06-5104

JAY SAXTON, Chief Public Defender;
BROOK LOCKHART, Public Defender;
and the BENTON COUNTY PUBLIC
DEFENDER'S OFFICE                         DEFENDANTS

### ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing and plaintiff is given up to and including July 17, 2006, in which to have the application completed by detention center personnel regarding plaintiff's inmate account. The application should be returned to the undersigned for review and filing. **Should plaintiff fail to return the application within the required period of time or complete the application as directed, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 12th day of June 2006.

                                               /s/ Beverly Stites Jones
                                               HON. BEVERLY STITES JONES
                                               UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 14 2006
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

AO 72A
(Rev. 8/82)