IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID LEE DANIELS                                                                    PLAINTIFF

v.                    Civil No. 06-5104

JAY SAXTON, Chief Public Defender;
BROOK LOCKHART, Public Defender;
and the BENTON COUNTY PUBLIC
DEFENDER'S OFFICE                                                                    DEFENDANTS

### ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing and plaintiff is given up to and including July 17, 2006, in which to have the application completed by detention center personnel regarding plaintiff's inmate account. The application should be returned to the undersigned for review and filing. **Should plaintiff fail to return the application within the required period of time or complete the application as directed, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 12th day of June 2006.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 14 2006

CHRIS R. JOHNSON, CLERK
BY
          DEPUTY CLERK

Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)