**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DAVID LEE DANIELS**                                                          **PLAINTIFF**

**v.**                          **Civil No. 06-5104**

**JAY SAXTON, Chief Public Defender;**
**BROOK LOCKHART, Public Defender;**
**and the BENTON COUNTY PUBLIC**
**DEFENDER'S OFFICE**                                                         **DEFENDANTS**

### O R D E R

Now on this 21st day of August, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #7), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Complaint is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                    **/s/Jimm Larry Hendren**
                                                    **HON. JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**